I agree with the majority that the record does not support the trial judge's finding that the petitioner's ineffective-as-sistance-of-counsel *Page 43 
claims are precluded under Rule 32.2(a)(5), Ala.R.Crim.P. The record on direct appeal indicates that the trial transcript was not certified as complete by the circuit clerk until November 14, 1996, which was too late for newly appointed counsel, Roberta Dempster, to allege in a new-trial motion claims of ineffective assistance of trial counsel. See Rule 11(b), Ala.R.App.P.
Furthermore, I agree that this case must be remanded for the trial court to make specific findings of fact as required by Rule 32.9(d), Ala.R.Crim.P.; such findings will assist this Court in fairly and efficiently reviewing the merits of these ineffective-assistance-of-trial-counsel claims. *Page 829